**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Kenneth M. Grose <br> & <br> Natonda T. Grose <br> Debtor(s) | CHAPTER 13 <br><br> BKY. NO. 17-12139 SR |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY, PURSUANT TO A TRUST INDENTURE DATED AS OF APRIL 1, 1982) and index same on the master mailing list.

                                       Respectfully submitted,

                                       **/s/ Matteo S. Weiner, Esquire**
                                       Matteo S. Weiner, Esquire
                                       KML Law Group, P.C.
                                       701 Market Street, Suite 5000
                                       Philadelphia, PA 19106-1532
                                       (215) 627-1322 FAX (215) 627-7734