Certificate Number: 12433-PAE-DE-029352116

Bankruptcy Case Number: 17-12139



12433-PAE-DE-029352116

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 2, 2017, at 5:06 o'clock AM EDT, Kenneth Grose completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  June 2, 2017         By:  /s/Candace Jones

              Name:  Candace Jones

              Title:  Counselor