Certificate Number: 12433-PAE-DE-029347734

Bankruptcy Case Number: 17-12139



12433-PAE-DE-029347734

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 1, 2017, at 1:59 o'clock PM EDT, Natonda Grose completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   June 1, 2017                By:    /s/Candace Jones

                                    Name:  Candace Jones

                                    Title: Counselor