IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

IN RE: )
KENNETH M. GROSE )
NATONDA T. GROSE ) Case No.: 17-12139 (JKF)
    **Debtors(s)** )
) Chapter 13
)
WELLS FARGO DEALER BANK, N.A. )
d/b/a WELLS FARGO DEALER SERVICES ) Docket No.
    **Movant** )
)
    v. )
)
KENNETH M. GROSE )
NATONDA T. GROSE )
    **Respondent(s)** )
)
FREDERICK L. REIGLE )
    **Trustee** )
)

## ORDER APPROVING STIPULATION

    IT IS HEREBY ORDERED that the Stipulation between Wells Fargo Dealer Services and the Debtor in settlement of the Objection To Confirmation, and filed on or about November 14, 2017 in the above matter is APPROVED.

Dated: November 27, 2017

                                    BY THE COURT:

                                    _____
                                    UNITED STATES BANKRUPTCY JUDGE
                                      Jean K. FitzSimon