UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                            :

KENNETH M. GROSE
NATONDA T. GROSE

                                                : Bankruptcy No. 17-12139JKF
          Debtor(s)                    : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

                                                        BY THE COURT

**Date: October 17, 2018**

                                                        Jean K. FitzSimon, B. J.

Interested parties:

Polly A. Langdon, Esq.
William C. Miller, Esq.
Interim Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

DAVID M OFFEN ESQ
THE CURTIS CENTER STE 160W
601 WALNUT STREET
PHILADELPHIA PA 19106-

KENNETH M. GROSE
NATONDA T. GROSE
1319 FOULKROD STREET
PHILADELPHIA,PA.19124