United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-12139-jkf
Kenneth M. Grose                                                      Chapter 13
Natonda T. Grose
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Christina              Page 1 of 2              Date Rcvd: Oct 18, 2018
                              Form ID: pdf900              Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 20, 2018.
db/jdb         +Kenneth M. Grose,    Natonda T. Grose,    1319 Foulkrod Street,    Philadelphia, PA 19124-5902
cr             +Wells Fargo Bank, N.A. d/b/a Wells Fargo Dealer Se,    1451 Thomas Langston Rd.,
                 Winterville, NC 28590-8872
13890616        City of Philadelphia- Water Dept,    1401 JKf blvd,    Philadelphia, PA 19102
13890621        Fst Premier,    601 S Minneapolis Ave,    Sioux Falls, SD 57104
13890624       +PGW,    1800 North 9th Street,    Philadelphia, PA 19122-2021
13890626       +PO Box 7346,    Philadelphia, PA 19101-7346
13915238       +Philadelphia Municipal Court,    Traffic Division,    800 Spring Garden Street,
                 Philadelphia,PA 19123-2616
13890627       +Trumark Financial Cr,    1000 Northbrook Dr,    Trevose, PA 19053-8430
13890629       +Trumark Financial Cu,    335 Commerce Dr,    Fort Washington, PA 19034-2712
13920235        Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se,    P.O. BOX 19657,    IRVINE, CA 92623-9657
13890631       +Wells Fargo Dealer Services,    Attn: Bankruptcy,    Po Box 19657,    Irvine, CA 92623-9657
13890625        philadelphia parking authority,    2467 grant avenue,    Philadelphia, PA 19114-1004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Oct 19 2018 02:30:16      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 19 2018 02:29:48
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 19 2018 02:29:59      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13978410        E-mail/Text: megan.harper@phila.gov Oct 19 2018 02:30:16      City of Philadelphia,
                 Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
13890617       +E-mail/PDF: creditonebknotifications@resurgent.com Oct 19 2018 02:38:41      Credit One Bank Na,
                 Po Box 98873,    Las Vegas, NV 89193-8873
13890620       +E-mail/Text: bnc-bluestem@quantum3group.com Oct 19 2018 02:30:22      Fingerhut,
                 6250 Ridgewood Rd,    St Cloud, MN 56303-0820
13925942       +E-mail/Text: cio.bncmail@irs.gov Oct 19 2018 02:29:33      Internal Revenue Service,
                 P O Box 7346,    Phila PA 19101-7346
13947411        E-mail/PDF: resurgentbknotifications@resurgent.com Oct 19 2018 02:38:34
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13890623       +E-mail/Text: bankruptcygroup@peco-energy.com Oct 19 2018 02:29:33      PECO,
                 2301 Market Street,    Philadelphia, PA 19103-1380
13924989       +E-mail/Text: bankruptcygroup@peco-energy.com Oct 19 2018 02:29:33      PECO Energy Company,
                 2301 Market Street,    S4-1,   Philadelphia, PA 19103-1380
13890622       +E-mail/Text: blegal@phfa.org Oct 19 2018 02:29:51      Pa Housing Finance Age,    Po Box 8029,
                 Harrisburg, PA 17105-8029
13940265       +E-mail/Text: blegal@phfa.org Oct 19 2018 02:29:51      Pennsylvania Housing Finance Agency,
                 211 North Front Street,    Harrisburg, PA 17101-1406
13891412       +E-mail/Text: bankruptcy@philapark.org Oct 19 2018 02:30:26      Philadelphia Parking Authority,
                 701 Market Street Suite 5400,    Philadelphia, PA 19106-2895
13971510       +E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 19 2018 02:29:56      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
13890630       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Oct 19 2018 02:29:28
                 Verizon,    Verizon Wireless Bankruptcy Administrati,    500 Tecnolgy Dr Ste 500,
                 Weldon Springs, MO 63304-2225
13939218       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 19 2018 02:38:33      Verizon,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 16

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13890618*      +Credit One Bank Na,    Po Box 98873,    Las Vegas, NV 89193-8873
13890619*      +Credit One Bank Na,    Po Box 98873,    Las Vegas, NV 89193-8873
13890628*      +Trumark Financial Cr,    1000 Northbrook Drive,    Trevose, PA 19053-8430
13890615      ##+Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
                                                                                               TOTALS: 0, * 3, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by filed USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0313-2          User: Christina              Page 2 of 2                   Date Rcvd: Oct 18, 2018
                              Form ID: pdf900              Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 18, 2018 at the address(es) listed below:
              DAVID M. OFFEN    on behalf of Joint Debtor Natonda T. Grose dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              DAVID M. OFFEN    on behalf of Debtor Kenneth M. Grose dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              LEON P. HALLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY, PURSUANT TO A TRUST INDENTURE DATED AS OF APRIL 1, 1982)
               lhaller@pkh.com,   dmaurer@pkh.com;mgutshall@pkh.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY, PURSUANT TO A TRUST INDENTURE DATED AS OF APRIL 1, 1982)
               bkgroup@kmllawgroup.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com,   ECF_FRPA@Trustee13.com
              WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Wells Fargo Bank, N.A. d/b/a Wells Fargo Dealer
               Services ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 9
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                      :

KENNETH M. GROSE
NATONDA T. GROSE
                                                            : Bankruptcy No. 17-12139JKF
            Debtor(s)                                       : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

**Date: October 17, 2018**

Jean K. FitzSimon, B. J.

Interested parties:

Polly A. Langdon, Esq.
William C. Miller, Esq.
Interim Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

DAVID M OFFEN ESQ
THE CURTIS CENTER STE 160W
601 WALNUT STREET
PHILADELPHIA PA 19106-

KENNETH M. GROSE
NATONDA T. GROSE
1319 FOULKROD STREET
PHILADELPHIA,PA.19124